IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zheng He, et al., | NO. C 07-00728 JW |
| Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Michael Chertoff, et al., | |
| Defendants. | |

    Due to the parties' failure to file a joint case management statement, the case management conference currently scheduled for May 21, 2007, is continued to **June 25, 2007, at 10:00 AM.** Pursuant to the Civil Local Rules, the parties shall file a joint case management statement ten (10) days prior to the conference.

Dated: May 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward A. Olsen edward.olsen@usdoj.gov

Jin Zhang
297 San Moreno Place
Fremont, Ca 94539

Zhenwu He
297 San Moreno Place
Fremont, Ca 94539

**Dated:  May 17, 2007**                                              **Richard W. Wieking, Clerk**

                                                                                    **By:  /s/JW Chambers**
                                                                                            **Elizabeth Garcia**
                                                                                            **Courtroom Deputy**