```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ZHENWU HE and JIN ZHANG, | ) | No. C 07-0728 JW |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director California Service Center, USCIS; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0728 JW                                               1

Dated: September 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS,
United States Attorney

/s/ Edward A. Olsen

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: September 10, 2007

/s/

ZHEN WU HE
JIN ZHANG
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall close the file.

Dated: September 12, 2007

/s/ James Ware

JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-0728 JW

2